1016

[No. 3220-1.   Division One.   June 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE JACKSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 67356, Herbert M. Stephens, J., entered July 16, 1974. *Affirmed* by unpublished opinion per Denney, J. Pro Tem., concurred in by Callow and Andersen, JJ.

[No. 2770-1.   Division One.   June 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. MECCA TWIN THEATRE AND FILM EXCHANGE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66464, Edward E. Henry, J., entered January 24, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 3170-1.   Division One.   June 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM GENE DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8547, Byron L. Swedberg, J., entered July 5, 1974. *Affirmed* by unpublished opinion per James, J., concurred in by Farris and Swanson, JJ.

[No. 2945-1.   Division One.   June 16, 1975.]

DAWSON CONSTRUCTION COMPANY, *Respondent*, v. SARGENT-TYEE CO., INC., *et al*, *Appellants*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 47480, Marshall Forrest, J., entered March 15, 1974. *Affirmed* by unpublished opinion per Weaver, J. Pro Tem., concurred in by Farris and James, JJ.

[No. 2919-1.   Division One.   June 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD CHRISTENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 65445, George H. Revelle, J., entered April 1, 1974. *Affirmed* by unpublished per curiam opinion.